**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-08-512 |
| | § § § § | |
| JOEL MIRANDA JIMINEZ | § | |

**O R D E R**

Defendant Jiminez filed an unopposed motion for continuance, (Docket Entry No. 17). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **January 23, 2009** |
| Responses to be filed by: | **February 6, 2009** |
| Pretrial conference is reset to**:** | **February 10, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 17, 2009, at 9:00 a.m.** |

SIGNED on November 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge